

# Virginia Judiciary
Online Case Information System 2.0

GOVERNMENT
EXHIBIT
1
4:26-cr-3

## *Williamsburg/James City County General District Court* *(details)*

Subscribe

Case #: **GC25011179-00**

Defendant: **BONILLA LEIVA, FRANCISCO ORLAN**

### Defendant Information ^

Address: **WILLIAMSBURG, VA 23185**

Gender: **MALE**

Race: **UNKNOWN**

DOB: **07/06/****

Attorney:

### Case/Charge Information ^

Defendant Status: **RELEASED ON RECOGNIZANCE**

Filed Date: **11/06/2025**

Locality: **COMMONWEALTH OF VA**

Code Section: **18.2-460(E)**

Charge: **FLEEING FROM LAW ENFORCEMENT**

Offense Tracking/Process #: **830GM2500007890**

Case Type: **MISDEMEANOR**

Class: **CLASS 1**

Summons #: **2500007890**

Offense Date: **11/05/2025**

Arrest Date: **11/05/2025**

Complainant: **JONES, OFF T**

Amended Code Section:

Amended Charge:

Amended Case Type:

Amended Class:

### Appeal Information ^

Appeal Date:

### Hearing Information ^

| Date | Time | Result | Type | Courtroom | Plea | Continuance |
|------|------|--------|------|-----------|------|-------------|
| **01/09/2026** | **11:01 AM** | **FINAL** | | 1 | | |
| **12/05/2025** | **08:01 AM** | **CONTINUED** | | | | |
| **12/04/2025** | **07:59 AM** | **CONTINUED** | | 1 | | |
| **11/18/2025** | **08:30 AM** | **CONTINUED** | | 1 | | |

### Disposition Information ^

Disposition: **GUILTY**

Sentence Time:

Sentence Suspended:

Probation Type:

Probation Time:

Probation Starts:

Operator License Suspension Time:

Restriction Effective Date:

Operator License Restrictions:

VASAP:

Fine: *

Costs: **$189.00** *

Fine/Costs Due: **01/09/2026** *

Fine/Costs Paid:

Fine/Costs Paid Date:

\* This system cannot process online payments at this time. Please refer to ' How to Pay Traffic Tickets and Other Offenses ' for more information.

**Service/Process** ⌄

Previous Return to Search Results Next

Home | Virginia's Court System | Online Services | Case Status and Information | Court Administration | Directories | Forms | Judicial Branch Agencies | Programs
Copyright © Office of the Executive Secretary, Supreme Court of Virginia, 2019. All Rights Reserved.
Build Number: 3.0.2.71