
**Virginia Judiciary**
Online Case Information System 2.0


GOVERNMENT
EXHIBIT
**2**
4:26-cr-3

  

Previous                    Return to Search Results                    Next
                                  Case 3 of 5

## Williamsburg/James City County General District Court (details)

Subscribe

Case #: **GC25011180-00**
Defendant: **BONILLA LEIVA, FRANCISCO ORLAN**

### Defendant Information
Address: **WILLIAMSBURG, VA 23185**
Gender: **MALE**
Race: **UNKNOWN**
DOB: **07/06/****
Attorney:

### Case/Charge Information
Defendant Status: **RELEASED ON RECOGNIZANCE**
Filed Date: **11/06/2025**
Locality: **COMMONWEALTH OF VA**
Code Section: **18.2-460(A)**
Charge: **OBSTRUCT/RESIST W/O FORCE**
Offense Tracking/Process #: **830GM2500007891**
Case Type: **MISDEMEANOR**
Class: **CLASS 1**
Summons #: **2500007891**
Offense Date: **11/05/2025**
Arrest Date: **11/05/2025**
Complainant: **JONES, OFF T**
Amended Code Section:
Amended Charge:
Amended Case Type:
Amended Class:

### Appeal Information
Appeal Date:

### Hearing Information

| Date | Time | Result | Type | Courtroom | Plea | Continuance |
|---|---|---|---|---|---|---|
| 01/09/2026 | 11:01 AM | FINAL | | 1 | | |
| 12/05/2025 | 08:01 AM | CONTINUED | | | | |
| 12/04/2025 | 07:59 AM | CONTINUED | | 1 | | |
| 11/18/2025 | 08:30 AM | CONTINUED | | 1 | | |

### Disposition Information
Disposition: **NOLLE PROSEQUI**
Sentence Time:
Sentence Suspended:
Probation Type:
Probation Time:
Probation Starts:
Operator License Suspension Time:
Restriction Effective Date:
Operator License Restrictions:
VASAP:
Fine: *
Costs: *
Fine/Costs Due: *
Fine/Costs Paid:

Fine/Costs Paid Date:

\* This system cannot process online payments at this time. Please refer to ' How to Pay Traffic Tickets and Other Offenses ' for more information.

**Service/Process** 

Previous                                Return to Search Results                                Next

Home | Virginia's Court System | Online Services | Case Status and Information | Court Administration | Directories | Forms | Judicial Branch Agencies | Programs
Copyright © Office of the Executive Secretary, Supreme Court of Virginia, 2019. All Rights Reserved.
Build Number: 3.0.2.71