
### Virginia Judiciary
Online Case Information System 2.0


**GOVERNMENT EXHIBIT 4**
4:26-cr-3

Previous         Return to Search Results
Case 5 of 5

## WILLIAMSBURG/JAMES CITY COUNTY J&DR COURT (details)

Subscribe

Case #: JA022577-01-00
Defendant: **BONILLA LEIVA, FRANCISCO ORLAN**

### Defendant Information
Address: **WILLIAMSBURG, VA 23185**
Gender: **MALE**
Race: **WHITE**
DOB: **07/06/****
Attorney:

### Case/Charge Information
Defendant Status: **RELEASED TO PARENT OR RESPONSIBLE ADULT**
Filed Date: **11/06/2025**
Locality: **COMMONWEALTH OF VA**
Code Section: **18.2-57.2**
Charge: **ASSAULT & BATTERY-FAM MEMBER**
Offense Tracking/Process #: **830JM2500007889**
Case Type: **CRIMINAL MISDEMEANOR**
Class: **CLASS 1**
Offense Date: **11/05/2025**
Arrest Date: **11/05/2025**
Amended Code Section:
Amended Charge:
Amended Case Type:
Amended Class:

### Appeal Information
Appeal Date:

### Hearing Information

| Date | Time | Result | Type | Courtroom | Plea | Continuance |
|---|---|---|---|---|---|---|
| 01/09/2026 | 11:00 AM | FINAL | STATUS HEARING | | | |
| 12/16/2025 | 10:00 AM | CONTINUED | ARRAIGNMENT | | | OTHER |
| 12/05/2025 | 08:00 AM | CONTINUED | ARRAIGNMENT | | | OTHER |
| 11/14/2025 | 08:00 AM | CONTINUED | ARRAIGNMENT | | | OTHER |

### Disposition Information
Disposition: **NOLLE PROSEQUI**
Sentence Time:
Sentence Suspended:
Probation Type:
Probation Time:
Probation Starts:
Fine: **$0.00** *
Costs: **$0.00** *
Fine/Costs Due: *
Fine/Costs Paid:
Fine/Costs Paid Date:

* This system cannot process online payments at this time. Please refer to ' How to Pay Traffic Tickets and Other Offenses ' for more information.

Previous         Return to Search Results

Home | Virginia's Court System | Online Services | Case Status and Information | Court Administration | Directories | Forms | Judicial Branch Agencies | Programs
Copyright © Office of the Executive Secretary, Supreme Court of Virginia, 2019. All Rights Reserved.
Build Number: 3.0.2.71